**William M. NOBLES, d/b/a Stebrita
Music, Plaintiff–Appellant,**

v.

**CARLIN AMERICA, INCORPORAT-
ED; Trio Music Company, Incor-
porated, Defendants–Appellees,**

and

**Lieber & Stoller, Defendants.**

No. 00–1984.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

Robert L. White, Greenville, NC, for appellant. Robert C. Osterberg, Abelman, Frayne & Schwab, New York, NY, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William M. Nobles appeals the district court's order applying the doctrine of laches to his claim and entering summary judgment in favor of the Defendants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reason-

ing of the district court. *Nobles v. Carlin America, Inc.,* No. CA–99–98–4 H (E.D.N.C. June 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*